| | |
|---|---|
| 1 | QUIN DENVIR, Bar #49374 |
|   | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
|   | MANUEL MARTINIE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-Cr-00046 OWW |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING STATUS |
|   | ) CONFERENCE HEARING |
| v. | ) AND ORDER THEREON |
| MANUEL MARTINIE, | ) Date: June 27, 2005 |
|   | ) Time: 9:00 A.M. |
| Defendant. | ) Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Assistant United States Attorney Marianne Pansa, counsel for Plaintiff, and Victor M. Chavez, counsel for Defendant Manuel Martinie, that **the status conference hearing now set for June 14, 2005, may be continued to June 27, 2005, at 9:00 A.M.**

The continuance is at the request of defense counsel because records which have been requested have not yet been received.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: June 9, 2005

Placement of electronic signature authorized by
By  /s/ Marianne A. Pansa
MARIANNE A. PANSA
Assistant U.S. Attorney
Attorney for Plaintiff

QUIN DENVIR
Federal Defender

DATED: June 9, 2005

By  /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
Manuel Martinie

**ORDER**

**IT IS SO ORDERED.**

DATED: June 14, 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Stipulation Continuing Status Conference
Hearing and [Proposed] Order Thereon          2