```
QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL MARTINIE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff,*<br><br>v.<br><br>MANUEL MARTINIE,<br><br>       *Defendant.* | NO. 1:05-Cr-00046 OWW<br><br>STIPULATION CONTINUING STATUS CONFERENCE HEARING AND ORDER THEREON<br><br>Date:  July 11, 2005<br>Time:  9:00 A.M.<br>Judge:   Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Assistant United States Attorney Marianne Pansa, counsel for Plaintiff, and Victor M. Chavez, counsel for Defendant Manuel Martinie, that **the status conference hearing now set for June 27, 2005, may be continued to July 11, 2005, at 9:00 A.M.**

The continuance is at the request of defense counsel because records which have been requested have not yet been received.

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),
4  and 3161(h)(8)(B)(iv).

        McGREGOR W. SCOTT
        United States Attorney

DATED: June 24, 2005        Placement of electronic signature authorized by
        By  /s/ Marianne A. Pansa
        MARIANNE A. PANSA
        Assistant U.S. Attorney
        Attorney for Plaintiff

        QUIN DENVIR
        Federal Defender

DATED: June 24, 2005        By  /s/ Victor M. Chavez
        VICTOR M. CHAVEZ
        Assistant Federal Defender
        Attorney for Defendant
        Manuel Martinie

**ORDER**

**IT IS SO ORDERED.**

DATED: June  30 , 2005

        /s/ OLIVER W. WANGER

        OLIVER W. WANGER, Judge
        United States District Court
        Eastern District of California