McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 01:05 CR 00046-01 OWW |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL OF INDICTMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MANUEL MARTINIE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY ORDERED that  pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,  the Indictment against Manuel Martinie be dismissed without prejudice in the interest of justice.

DATED:___August 11, 2005          /s/ OLIVER W. WANGER
                                  OLIVER W. WANGER
                                  U.S. District Court Judge